**Order filed June 30, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00279-CV

_____

### KEVIN E. JACKSON, Appellant

### V.

### AMERICAN EXPRESS CENTURION BANK, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCV-208737**

## ORDER

The notice of appeal in this case was filed April 5, 2016. The clerk responsible for preparing the record notified this court that the record is ready but appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On May 25, 2016, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to file the clerk's record with the clerk of this court on or before **July 15, 2016**. *See* Tex. R. App. P. 35.3(c). If appellant fails to file the clerk's record in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM